# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 19-CR-5029-JLS |
| Plaintiff, | ORDER EXTENDING SELF-SURRENDER DATE AND CONTINUING STATUS HEARING |
| v. | |
| JESSICA BANUELOS, | |
| Defendant. | |

Pursuant to unopposed motion of the defendant and good cause appearing, IT IS HEREBY ORDERED that Defendant's request to delay her self-surrender date from May 20, 2022 to June 24, 2022 is **Granted**. The defendant shall surrender to the facility to which she was designated or to the U.S. Marshal no later than noon on June 24, 2022.

IT IS FURTHER ORDERED that the Status Hearing re: Bond Exoneration shall be continued from May 27, 2022 to July 1, 2022 at 9:00 a.m.

IT IS SO ORDERED.

DATED: May 17, 2022

Honorable Janis L. Sammartino
United States District Judge